IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON THOMPSON, : | |
| Petitioner, : | |
| : | 1:19-cv-1165 |
| v. : | |
| : | Hon. John E. Jones III |
| H. QUAY, COMPLEXWARDEN, : | |
| USP ALLENWOOD, : | |
| Respondent. : | |

## **ORDER**

**July 27, 2020**

NOW THEREFORE, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                         s/ John E. Jones III
                                         John E. Jones III, Chief Judge
                                         United States District Court
                                         Middle District of Pennsylvania